ACCEPTED
14-14-00876-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/14/2015 1:20:34 PM
CHRISTOPHER PRINE
CLERK

THE LAW OFFICE OF

# MARK R. MALTSBERGER

A PROFESSIONAL LIMITED LIABILITY COMPANY

June 25, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

7/14/2015 1:20:34 PM

CHRISTOPHER A. PRINE
Clerk

**Via CMRR: 7014 2870 0001 4148 6425**
James Robert Williams, Jr.
TDCJ #01960945
Joe F. Gurney Transfer Facility
1385 FM 3328
Palestine, TX 75803

RE: Cause no. 14-14-00876-CR
 *James Robert Williams, Jr. v. The State of Texas*
 Cause No. 14-14-00877-CR
 *James Robert Williams, Jr. v. The State of Texas*

Dear Mr. Williams:

Enclosed please find a copy of the following pertaining your appellate cases referenced above:

1) Notice of Opinion Distribution;
2) Judgment 14-14-00876-CR;
3) Judgment 14-14-00877-CR;
4) Memorandum Opinion No. 14-14-00876-CR & 14-14-00877-CR;
5) Court Notification that Appellant's Motion to Withdraw as Attorney of Record was Granted both cases;
6) File stamped Anders Letter dated February 16, 2015, on both cases; and
7) Case Detail on both cases from the Fourteenth Court of Appeals website highlighting July 10, 2015, as "Status" for Motion for Rehearing Due.

As previously indicated in the Anders Letter and confirmation of the court granting the Appellant's Motion to Withdraw as Attorney of Record, I no longer represent you on these cases.

Sincerely,

Mark R. Maltsberger

Enclosures (10)

216 N. Bryan Avenue, Suite 110
Bryan, Texas 77803
mmaltsberger@mmaltsberger.com

TEL: 979-691-7168
FAX: 979-314-1146
www.mmaltsberger.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Bentley_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

G. Bentley   7/06/15

1. Article Addressed to:

James Robert Williams, Jr.
TDCJ# 01960945
Joe F. Gurney Transfer Facility
1385 FM 3328
Palestine, Texas 75803

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7014 2870 0001 4148 6425

PS Form 3811, July 2013   Domestic Return Receipt

UNITED STATES POSTAL SERVICE

DALLAS 750

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

James Robert Williams, Jr.

- Sender: Please print your name, address, and ZIP+4® in this box•

**The Law Office of**
**Mark R. Maltsberger, PLLC**
**216 N. Bryan Avenue, Suite 110**
**Bryan, Texas 77803**

309324616

FILE COPY

**Justices**

WILLIAM J. BOYCE
TRACY CHRISTOPHER
MARTHA HILL JAMISON
SHARON MCCALLY
J. BRETT BUSBY
JOHN DONOVAN
MARC W. BROWN
KEN WISE



## Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

**Chief Justice**
KEM THOMPSON FROST

**Clerk**
CHRISTOPHER A. PRINE
PHONE 713-274-2800

Christopher Prine, Clerk

Thursday, June 25, 2015

# NOTICE OF OPINION DISTRIBUTION

Tuck McLain
District Attorney
P.O. Box 599
Anderson, TX 77830
* DELIVERED VIA E-MAIL *

Grimes County, District Clerk
District Clerk of Grimes County, Texas
P.O. Box 234
Anderson, TX 77830
* DELIVERED VIA E-MAIL *

Olen Underwood
Second Administrative Judicial Region of Texas
301 N. Thompson Ste 102
Conroe, TX 77301
* DELIVERED VIA E-MAIL *

Mark R. Maltsberger
The Law Office of Mark R. Maltsberger
219 E. William J. Bryan Pkwy
Bryan, TX 77803
* DELIVERED VIA E-MAIL *

Judge, 12th District Court
Grimes County Courthouse
202 Courthouse
1100 University Ave.
Huntsville, TX 77340

RE:     Court of Appeals Number:     14-14-00876-CR
        Trial Court Case Number:     16750

Style:    James Robert Williams Junior
        v.
        The State of Texas

Please be advised the Court today issued an opinion which **AFFIRMED** the above cause.

You may obtain a copy of the Court's opinion and judgment at http://www.search.txcourts.gov/docketsrch.aspx?coa=coa14&s=c. On the request of any entity listed in Rule 48.1, a paper copy of the opinion will be mailed to that entity. For more information about a particular case, please visit the Court's website at http://www.txcourts.gov/14thCOA.

CHRISTOPHER A. PRINE, CLERK



# JUDGMENT

# The Fourteenth Court of Appeals

### JAMES ROBERT WILLIAMS, JUNIOR, Appellant

NO. 14-14-00876-CR          V.

### THE STATE OF TEXAS, Appellee

---

This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, the judgment is **REFORMED** to reflect the trial court found true the State's allegation numbered 12.

The Court orders the judgment **AFFIRMED** as **REFORMED**.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.

June 25, 2015



## JUDGMENT

## 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

JAMES ROBERT WILLIAMS, JUNIOR, Appellant

NO. 14-14-00877-CR                    V.

THE STATE OF TEXAS, Appellee

---

This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, the judgment is **REFORMED** to reflect the trial court found true the State's allegations numbered 12, 55 and 5.

The Court orders the judgment **AFFIRMED** as **REFORMED**.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.

Affirmed and Memorandum Opinion filed June 25, 2015.



In The

## Fourteenth Court of Appeals

NO. 14-14-00876-CR
NO. 14-14-00877-CR

### JAMES ROBERT WILLIAMS, JUNIOR, Appellant

V.

### THE STATE OF TEXAS, Appellee

On Appeal from the 12th District Court
Grimes County, Texas
Trial Court Cause Nos. 16750 and 16432

## MEMORANDUM OPINION

Appellant entered a guilty plea to the offenses of continuous family violence (trial court cause number 16750 and appeal number 14-14-00876-CR) and indecency with a child by contact (trial court cause number 16432 and appeal number 14-14-00877-CR). Regarding the offense of family violence, the trial court sentenced appellant to confinement for ten years, suspended, and placed appellant under community supervision for three years. The trial court deferred adjudicating

guilt of the offense of indecency with a child by contact and placed appellant under community supervision for ten years. Subsequently, the State moved to revoke appellant's probation in trial court cause number 16750 and to adjudicate guilt in trial court cause number 16432. A hearing was held.

In trial court cause number 16750, the trial court found one of the State's allegations true and revoked appellant's probation. On October 20, 2014, the trial court sentenced appellant to confinement for two years. In trial court cause number 16432, the trial court found three of the State's allegations true, adjudicated appellant's guilt, and sentenced him to confinement for five years on October 20, 2014. In each case, a timely notice of appeal was filed.

Appellant's appointed counsel filed a brief in each case in which he concludes the appeal is wholly frivolous and without merit. The briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

In each case, a copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, no pro se response has been filed in either case.

We have carefully reviewed the record and counsel's brief in each case and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record in each case. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

2

Our review of the record in each case reflects the judgment fails to recite which allegation(s) the trial court found true. However, the record reflects the trial court orally announced which allegations it found true as to each case. Accordingly, we modify the trial court's judgment in trial court cause number 16750 to show the trial court found true the State's allegation numbered 12. We modify the trial court's judgment in trial court cause number 16432 to show the trial court found true the State's allegations numbered 12, 55 and 59. *See* Tex. R. App. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27-28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529-30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgment in each case.

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).



**FOURTEENTH COURT OF APPEALS**
301 Fannin, Suite 245
Houston, Texas 77002

Thursday, June 25, 2015

RE:     Case No. 14-14-00876-CR

Style: James Robert Williams Junior
    v. The State of Texas

   Please be advised that on this date the Court **GRANTED APPELLANT'S** motion to withdraw as attorney of record in the above cause.

T. C. Case # 16750                          Christopher Prine, Clerk
_____

                Tuck McLain
                District Attorney
                P.O. Box 599
                Anderson, TX  77830
                *DELIVERED VIA E-MAIL*



**FOURTEENTH COURT OF APPEALS**
301 Fannin, Suite 245
Houston, Texas 77002

Thursday, June 25, 2015

RE:     Case No. 14-14-00876-CR

Style: James Robert Williams Junior
    v. The State of Texas

   Please be advised that on this date the Court **GRANTED APPELLANT'S** motion to withdraw as attorney of record in the above cause.

T. C. Case # 16750                          Christopher Prine, Clerk
_____

                Mark R. Maltsberger
                The Law Office of Mark R. Maltsberger
                219 E. William J. Bryan Pkwy
                Bryan, TX  77803
                *DELIVERED VIA E-MAIL*



**FOURTEENTH COURT OF APPEALS**
301 Fannin, Suite 245
Houston, Texas 77002

Thursday, June 25, 2015

RE:     Case No. 14-14-00877-CR

Style:  James  Robert  Williams  Junior
    v.  The State of Texas

     Please be advised that on this date the Court **GRANTED APPELLANT'S** motion to withdraw as attorney of record in the above cause.

T. C. Case # 16432                                    Christopher Prine, Clerk

                          Tuck  McLain
                          District Attorney
                          P.O. Box 599
                          Anderson, TX  77830
                          *DELIVERED VIA E-MAIL*



**FOURTEENTH COURT OF APPEALS**
301 Fannin, Suite 245
Houston, Texas 77002

Thursday, June 25, 2015

RE:     Case No. 14-14-00877-CR

Style:  James  Robert  Williams  Junior
    v.  The State of Texas

     Please be advised that on this date the Court **GRANTED APPELLANT'S** motion to withdraw as attorney of record in the above cause.

T. C. Case # 16432                                    Christopher Prine, Clerk

                          Mark R. Maltsberger
                          The Law Office of Mark R. Maltsberger
                          219 E. William J. Bryan Pkwy
                          Bryan, TX  77803
                          *DELIVERED VIA E-MAIL*

# THE LAW OFFICE OF

# MARK R. MALTSBERGER

### A PROFESSIONAL LIMITED LIABILITY COMPANY

ACCEPTED
14-14-00877-CR
FOURTEENTH COURT OF APPEAL·
HOUSTON, TEXAS
3/24/2015 10:12:31 AM
CHRISTOPHER PRINI
CLERK

February 16, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/24/2015 10:12:31 AM

CHRISTOPHER A. PRINE
Clerk

*Via CMRR: 7014 0510 0000 5383 1327*
James Robert Williams, Jr.
TDCJ #01960945
Joe F. Gurney Transfer Facility
1385 FM 3328
Palestine, TX 75803

RE: Cause no. 14-14-00877-CR
    *James Robert Williams, Jr. v. The State of Texas*

Dear Mr. Williams:

Enclosed please find a copy of the brief I filed with the Court of Appeals in your case. After a diligent search of both the record in your case and the applicable law, I could not find anything that would constitute reversible error.

As the *Anders* brief reflects, the law accords you the right to review the record of your trial and file any brief that you deem necessary on your own behalf. You can obtain a copy of the record by filling out the enclosed motion and mailing to the Mr. Christopher A. Prine, Clerk, Fourteenth Court of Appeals, 301 Fannin, Room 245, Houston, TX 77002.

After receiving the appellate record you will have 30 days to file a brief with the court of appeals. One additional copy of the brief should be mailed to Tuck M. McLain, Grimes County Criminal District Attorney, P.O. Box 599 Anderson, Texas 77830.

In the event the court of appeals affirms your conviction, the next step of the process, if you wish to pursue it, is a petition for discretionary review to the Texas Court of Criminal Appeals.

Sincerely,

Mark R. Maltsberger

216 N. Bryan Avenue, Suite 110
Bryan, Texas 77803
mmaltsberger@mmaltsberger.com

TEL: 979-691-7168
FAX: 979-314-1146
www.mmaltsberger.com

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _SCable_  ☑ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   _SCArlice_   2/24/15

1. Article Addressed to:

James Robert Williams, Jr.
TDCJ #01960945
Joe F. Gurney Transfer Facility
1385 FM 3328
Palestine, Texas 75803

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

FEB 24 2015

3. Service
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7014 0510 0000 5383 1327

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

14-14-00877-CR
James Robert Williams

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

The Law Office of
Mark R. Maltsberger, PLLC
216 N. Bryan Avenue, Suite 110
Bryan, Texas 77803

ACCEPTED
14-14-00876-CR
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/24/2015 10:25:37 AM
CHRISTOPHER PRINI
CLERK

# THE LAW OFFICE OF
# MARK R. MALTSBERGER
## A PROFESSIONAL LIMITED LIABILITY COMPANY

February 16, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/24/2015 10:25:37 AM

CHRISTOPHER A. PRINE
Clerk

*Via CMRR: 7014 0510 0000 5383 1334*
James Robert Williams, Jr.
TDCJ #01960945
Joe F. Gurney Transfer Facility
1385 FM 3328
Palestine, TX 75803

RE: Cause no. 14-14-00876-CR
*James Robert Williams, Jr. v. The State of Texas*

Dear Mr. Williams:

Enclosed please find a copy of the brief I filed with the Court of Appeals in your case. After a diligent search of both the record in your case and the applicable law, I could not find anything that would constitute reversible error.

As the *Anders* brief reflects, the law accords you the right to review the record of your trial and file any brief that you deem necessary on your own behalf. You can obtain a copy of the record by filling out the enclosed motion and mailing to the Mr. Christopher A. Prine, Clerk, Fourteenth Court of Appeals, 301 Fannin, Room 245, Houston, TX 77002.

After receiving the appellate record you will have 30 days to file a brief with the court of appeals. One additional copy of the brief should be mailed to Tuck M. McLain, Grimes County Criminal District Attorney, P.O. Box 599 Anderson, Texas 77830.

In the event the court of appeals affirms your conviction, the next step of the process, if you wish to pursue it, is a petition for discretionary review to the Texas Court of Criminal Appeals.

Sincerely,

Mark R. Maltsberger

216 N. Bryan Avenue, Suite 110
Bryan, Texas 77803
mmaltsberger@mmaltsberger.com

TEL: 979-691-7168
FAX: 979-314-1146
www.mmaltsberger.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _JCaber_   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   S CARLee                     2/24/15

1. Article Addressed to:

James Robert Williams, Jr.
TDCJ #01960945
Joe F. Gurney Transfer Facility
1385 FM 3328
Palestine, Texas  75803

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

FEB 2 4 2015

USPOGM

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7014 0510 0000 5383 1334

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

14-14-00876-CR
James R. Williams, Sr.

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*The Law Office of*
*Mark R. Maltsberger, PLLC*
*216 N. Bryan Avenue, Suite 110*
*Bryan, Texas 77803*

**CASE:** 14-14-00876-CR

| | |
|---|---|
| DATE FILED: | 10/31/2014 |
| CASE TYPE: | MISCELLANEOUS/OTHER CRIMINAL INCLUDING MISDEMEANOR OR FELONY |
| STYLE: | JAMES ROBERT WILLIAMS JUNIOR |
| V.: | THE STATE OF TEXAS |
| ORIG PROC: | NO |
| TRANSFER FROM: | |
| TRANSFER IN: | |
| TRANSFER CASE: | |
| TRANSFER TO: | |
| TRANSFER OUT: | |
| PUB SERVICE: | |

## APPELLATE BRIEFS

| DATE | EVENT TYPE | DESCRIPTION | DOCUMENT |
|---|---|---|---|
| 02/13/2015 | ANDERS BRIEF FILED | APPELLANT | BRIEF [ PDF/481 KB ]<br>NOTICE [ PDF/82 KB ] |

## CASE EVENTS

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT |
|---|---|---|---|---|
| 06/25/2015 | MEMORANDUM OPINION ISSUED | | AFFIRMED | JUDGMENT<br>[ PDF/69 KB ]<br>MEMORANDUM OPINION<br>[ PDF/1.85 MB ]<br>NOTICE<br>[ PDF/93 KB ] |
| 06/25/2015 | MOTION TO WITHDRAW ATTORNEY DISPOSED | APPELLANT | GRANTED | NOTICE<br>[ PDF/89 KB ] |
| 06/23/2015 | SUBMITTED | | | |
| 06/01/2015 | CASE READY TO BE SET | | | |
| 06/01/2015 | SET FOR SUBMISSION ON BRIEFS | | | NOTICE<br>[ PDF/91 KB ] |
| 04/13/2015 | RESPONSE DUE | APPELLANT | | |
| 03/24/2015 | LETTER FILED | APPELLANT | | LETTER<br>[ PDF/1.25 MB ] |
| 03/23/2015 | LETTER ISSUED BY THE COURT | ACTION BY COURT ON OWN MOTION | | NOTICE<br>[ PDF/109 KB ] |
| 03/16/2015 | STATE BRIEF DUE | | | |
| 02/17/2015 | MOTION TO WITHDRAW ATTORNEY FILED | APPELLANT | | MOTION<br>[ PDF/168 KB ] |
| 02/13/2015 | ANDERS BRIEF FILED | APPELLANT | | BRIEF<br>[ PDF/481 KB ]<br>NOTICE<br>[ PDF/82 KB ] |
| 02/13/2015 | APPELLANTS BRIEF DUE | | | |
| 01/14/2015 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF DISPOSED | APPELLANT | GRANTED | NOTICE<br>[ PDF/92 KB ] |
| 01/14/2015 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF FILED | APPELLANT | | MOTION<br>[ PDF/2.31 MB ] |
| 01/14/2015 | APPELLANTS BRIEF DUE | | | |
| 12/19/2014 | REPORTERS RECORD DUE | | | |
| 12/19/2014 | RECORD DUE | | | |
| 12/15/2014 | REPORTERS RECORD FILED | APPELLANT | | NOTICE<br>[ PDF/98 KB ] |

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT |
|---|---|---|---|---|
| 12/02/2014 | DOCKETING STATEMENT FILED | APPELLANT | | DOCKETING STATEMENT [ PDF/4.13 MB ] |
| 11/12/2014 | COURT REPORTERS NOTICE TO COURT REGARDING STATUS OF RECORD | COURT REPORTER | | COURT REPORTER'S INFORMATION SHEET [ PDF/185 KB ] |
| 11/07/2014 | CLERKS RECORD FILED | APPELLANT | | NOTICE [ PDF/97 KB ] |
| 11/03/2014 | COURT REPORTERS INFORMATION SHEET SENT | | | NOTICE [ PDF/100 KB ] |
| 11/03/2014 | TRIAL COURT CLERKS CERTIFICATION OF RECORD REQUESTED | | | NOTICE [ PDF/118 KB ] |
| 10/31/2014 | CASE BEGAN IN COURT OF APPEALS | | | LETTER OF ASSIGNMENT [ PDF/155 KB ] |
| 10/24/2014 | NOTICE OF APPEAL FILED IN TRIAL COURT | | | |
| 10/20/2014 | SENTENCE IMPOSED IN THE TRIAL COURT | | | |

## CALENDARS

| SET DATE | CALENDAR TYPE | REASON SET |
|---|---|---|
| 07/10/2015 | STATUS | MOTION FOR REHEARING DUE |

## PARTIES

| PARTY | PARTYTYPE | REPRESENTATIVE |
|---|---|---|
| WILLIAMS, JUNIOR, JAMES ROBERT | CRIMINAL - APPELLANT | JAMES ROBERT WILLIAMS JUNIOR |
| THE STATE OF TEXAS | CRIMINAL - STATE OF TEXAS | TUCK MCLAIN |

## TRIAL COURT INFORMATION

| | |
|---|---|
| COURT: | 12TH DISTRICT COURT |
| COUNTY: | GRIMES |
| COURT JUDGE: | |
| COURT CASE: | 16432 |
| COURT REPORTER: | JACQUELINE A. MILLS |
| PUNISHMENT: | |

**CASE:** **14-14-00877-CR**

DATE FILED: 10/31/2014

CASE TYPE: MISCELLANEOUS/OTHER CRIMINAL INCLUDING MISDEMEANOR OR FELONY

STYLE: JAMES ROBERT WILLIAMS JUNIOR

V.: THE STATE OF TEXAS

ORIG PROC: NO

TRANSFER FROM:

TRANSFER IN:

TRANSFER CASE:

TRANSFER TO:

TRANSFER OUT:

PUB SERVICE:

## APPELLATE BRIEFS

| DATE | EVENT TYPE | DESCRIPTION | DOCUMENT |
|---|---|---|---|
| 02/13/2015 | ANDERS BRIEF FILED | APPELLANT | BRIEF  [ PDF/412 KB ]  NOTICE  [ PDF/82 KB ] |

## CASE EVENTS

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT |
|---|---|---|---|---|
| 06/25/2015 | MEMORANDUM OPINION ISSUED | | AFFIRMED | JUDGMENT [ PDF/239 KB ]  MEMORANDUM OPINION [ PDF/1.85 MB ]  NOTICE [ PDF/94 KB ] |
| 06/25/2015 | MOTION TO WITHDRAW ATTORNEY DISPOSED | APPELLANT | GRANTED | NOTICE [ PDF/89 KB ] |
| 06/23/2015 | SUBMITTED | | | |
| 06/01/2015 | CASE READY TO BE SET | | | |
| 06/01/2015 | SET FOR SUBMISSION ON BRIEFS | | | NOTICE [ PDF/91 KB ] |
| 04/13/2015 | RESPONSE DUE | APPELLANT | | |
| 03/24/2015 | LETTER FILED | APPELLANT | | LETTER [ PDF/1.23 MB ] |
| 03/23/2015 | LETTER ISSUED BY THE COURT | ACTION BY COURT ON OWN MOTION | | NOTICE [ PDF/109 KB ] |
| 03/16/2015 | STATE BRIEF DUE | | | |
| 02/17/2015 | MOTION TO WITHDRAW ATTORNEY FILED | APPELLANT | | MOTION [ PDF/169 KB ] |
| 02/13/2015 | ANDERS BRIEF FILED | APPELLANT | | BRIEF [ PDF/412 KB ]  NOTICE [ PDF/82 KB ] |
| 02/13/2015 | APPELLANTS BRIEF DUE | | | |
| 01/14/2015 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF DISPOSED | APPELLANT | GRANTED | NOTICE [ PDF/92 KB ] |
| 01/14/2015 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF FILED | APPELLANT | | MOTION [ PDF/2.32 MB ] |
| 01/14/2015 | APPELLANTS BRIEF DUE | | | |
| 12/19/2014 | REPORTERS RECORD DUE | | | |
| 12/19/2014 | RECORD DUE | | | |
| 12/15/2014 | REPORTERS RECORD FILED | APPELLANT | | NOTICE [ PDF/98 KB ] |

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | DOCUMENT |
|------|-----------|-------------|-------------|----------|
| 12/02/2014 | DOCKETING STATEMENT FILED | APPELLANT | | DOCKETING STATEMENT [ PDF/4.13 MB ] |
| 11/12/2014 | COURT REPORTERS NOTICE TO COURT REGARDING STATUS OF RECORD | COURT REPORTER | | COURT REPORTER'S INFORMATION SHEET [ PDF/185 KB ] |
| 11/07/2014 | CLERKS RECORD FILED | APPELLANT | | NOTICE [ PDF/97 KB ] |
| 11/03/2014 | COURT REPORTERS INFORMATION SHEET SENT | | | NOTICE [ PDF/100 KB ] |
| 11/03/2014 | TRIAL COURT CLERKS CERTIFICATION OF RECORD REQUESTED | | | NOTICE [ PDF/118 KB ] |
| 10/31/2014 | CASE BEGAN IN COURT OF APPEALS | | | LETTER OF ASSIGNMENT [ PDF/156 KB ] |
| 10/24/2014 | NOTICE OF APPEAL FILED IN TRIAL COURT | | | |
| 10/20/2014 | SENTENCE IMPOSED IN THE TRIAL COURT | | | |

## CALENDARS

| SET DATE | CALENDAR TYPE | REASON SET |
|----------|---------------|------------|
| 07/10/2015 | STATUS | MOTION FOR REHEARING DUE |

## PARTIES

| PARTY | PARTYTYPE | REPRESENTATIVE |
|-------|-----------|----------------|
| WILLIAMS, JUNIOR, JAMES ROBERT | CRIMINAL - APPELLANT | JAMES ROBERT WILLIAMS JUNIOR |
| THE STATE OF TEXAS | CRIMINAL - STATE OF TEXAS | TUCK MCLAIN |

## TRIAL COURT INFORMATION

| | |
|---|---|
| COURT: | 12TH DISTRICT COURT |
| COUNTY: | GRIMES |
| COURT JUDGE: | |
| COURT CASE: | 16750 |
| COURT REPORTER: | JACQUELINE A. MILLS |
| PUNISHMENT: | |